UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re WARREN McCLINTON, | No. C 11-0036 PJH (PR) |
| Petitioner. / | **ORDER OF DISMISSAL** |

This habeas case was opened when petitioner, a prisoner at the Clarke County Jail in Las Vegas, Nevada, wrote to the clerk complaining of his detention. In an effort to protect his rights, the letter was treated as an attempt to file a habeas case. The clerk notified him that he had not filed a petition and that he had failed to pay the filing fee or apply for leave to proceed in forma pauperis. He was warned that if he did not remedy these deficiencies within thirty days the case would be dismissed. He has not responded.

This case therefore is **DISMISSED** without prejudice. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: February 22, 2011.

                                                PHYLLIS J. HAMILTON
                                                United States District Judge

P:\PRO-SE\PJH\HC.11\McCLINTON0036.DSM.wpd